CARLSON & MESSER LLP
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
5901 W. Century Blvd., Suite 1200
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222
Attorneys for Defendant,
CONTRACT CALLERS, INC.

# IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CONCEVIDA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CONTRACT CALLERS, INC.; DOES 1-10, AND EACH OF THEM,<br><br>Defendant | Case No.: 2:18-cv-10671-JAK-MRW<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS:**

**PLEASE TAKE NOTICE** that this entire action has been settled. The parties anticipate that they will complete the settlement, and file a stipulation of dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims, within 45 days from the date of this notice.

In light of the settlement, the parties respectfully request that the Court take off calendar all future hearing dates in this case.

{00116164;1}

| | |
|---|---|
| 1 | |
| 2 | LAW OFFICES TODD M. FRIEDMAN, P.C. |
| 3 | |
| 4 | Dated:  May 28, 2019     s/ Todd M. Friedman |
| 5 | Todd M. Friedman |
| 6 | Adrian R. Bacon |
|   | Attorneys for Plaintiff |
| 7 | *MARTIN CONCEVIDA* |
| 8 | |
| 9 | |
| 10 | **CARLSON & MESSER LLP** |
| 11 | |
|   | Dated: May 28, 2019     s/David J. Kaminski |
| 12 | David J. Kaminski |
| 13 | Stephen A. Watkins |
|   | *Attorneys for Defendant,* |
| 14 | *CONTRACT CALLERS, INC.* |

{00116164;1}

2
**NOTICE OF SETTLEMENT**

2:18-cv-10671-JAK-MRW

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Todd M. Friedman, counsel for Plaintiff, and that I have obtained his authorization to affix his electronic signature to this document.

CARLSON & MESSER LLP

Dated: May 28, 2019         s/David J. Kaminski
                            David J. Kaminski
                            Stephen A. Watkins
                            Attorneys for Defendant,
                            *CONTRACT CALLERS, INC.*

{00116164;1}

# CERTIFICATE OF SERVICE

I, David J. Kaminski, hereby certify that on this 28th day of May, 2019, a true and accurate copy of the foregoing Notice of Settlement were served via the District Court ECF System on the Following:

Email: tfriedman@toddflaw.com
abacon@toddflaw.com

/s/David J. Kaminski
David J. Kaminski
CARLSON & MESSER LLP