UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN CONCEVIDA, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>CONTRACT CALLERS, INC.; DOES 1-10, AND EACH OF THEM, )<br><br>Defendant ) | Case No. 2:18-cv-10671-JAK-MRW<br><br>**ORDER RE JOINT STIPULATION TO DISMISS CASE (DKT. [19])** |

It is hereby Ordered that the Stipulation of the Parties is **APPROVED**. Accordingly, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: July 15, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE